

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jul 25 03:21:04 EDT 2016

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [IMAGE LIST] [BOTTOM] [HELP]

[Logout] *Please logout when you are done to release system resources allocated for you.*

[Start] List At: [ ] OR [Jump] to record: [ ]   **6 Records(s) found (This page: 1 ~ 6)**

Refine Search [(pitt ohio)[COMB]] [Submit]

Current Search: S3: (pitt ohio)[COMB] docs: 6 occ: 26

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 85819870 | 4417453 | **PITT OHIO** SUPPLY CHAIN GROUND LTL TL | TSDR | LIVE |
| 2 | 85819845 | 4413683 | **PITT OHIO** | TSDR | LIVE |
| 3 | 78430272 | 3008726 | MY **PITT OHIO** EXPRESS | TSDR | DEAD |
| 4 | 75712141 | 2370732 | **PITT OHIO** EXPRESS | TSDR | DEAD |
| 5 | 75712139 | 2408043 | **PITT OHIO** EXPRESS INC | TSDR | DEAD |
| 6 | 75712033 | 2370731 | **PITT OHIO** EXPRESS STREET SMART | TSDR | DEAD |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [IMAGE LIST] [TOP] [HELP]

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



EXHIBIT A

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jul 25 03:21:04 EDT 2016*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [   ] OR [Jump] to record: [   ]  **Record 2 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# PITT OHIO

| | |
|---|---|
| **Word Mark** | PITT OHIO |
| **Goods and Services** | IC 039. US 100 105. G & S: Interstate transportation services for goods by truck. FIRST USE: 19790731. FIRST USE IN COMMERCE: 19790731 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85819845 |
| **Filing Date** | January 10, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 23, 2013 |
| **Registration Number** | 4413683 |
| **Registration Date** | October 8, 2013 |
| **Owner** | (REGISTRANT) HAMMEL COMPANIES, INC. CORPORATION PENNSYLVANIA 15 27th Street Pittsburgh PENNSYLVANIA 152224729 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Clay P. Hughes |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jul 25 03:21:04 EDT 2016*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] **Record 1 out of 6**

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

**PITT OHIO**
**SUPPLY CHAIN ▪ GROUND ▪ LTL ▪ TL**

| | |
|---|---|
| Word Mark | PITT OHIO SUPPLY CHAIN GROUND LTL TL |
| Goods and Services | IC 039. US 100 105. G & S: Interstate transportation services for goods by truck. FIRST USE: 20101114. FIRST USE IN COMMERCE: 20101114 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.11.21 - Rectangles that are completely or partially shaded |
| Serial Number | 85819870 |
| Filing Date | January 10, 2013 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | July 30, 2013 |
| Registration Number | 4417453 |
| Registration Date | October 15, 2013 |
| Owner | (REGISTRANT) HAMMEL COMPANIES, INC. CORPORATION PENNSYLVANIA 15 27th Street Pittsburgh PENNSYLVANIA 152224729 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Clay P. Hughes |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SUPPLY CHAIN GROUND LTL TL" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the words "PITT OHIO" above a rectangular block, underneath which the words "SUPPLY CHAIN", "GROUND", "LTL", and "TL" appear. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL-2(F)-IN PART |

| Live/Dead Indicator | LIVE |
|---|---|
| Distinctiveness Limitation Statement | as to "PITT OHIO" |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY