# Intellectual Property Rights Policy

TeeChip ("TeeChip") provides an internet-based platform that allows its users to design and sell their own T-shirts and other merchandise. We contractually prohibit our users from designing or selling merchandise that infringes the intellectual property rights of third parties (including without limitation copyright, trademark, and related rights). If you believe that a user of the TeeChip service has infringed your intellectual property rights, we encourage you to contact us using the procedure outlined below.

## A. PROCEDURE FOR REPORTING INTELLECTUAL PROPERTY INFRINGEMENT:

It is TeeChip' policy to (1) block access to or remove any content (including, without limitation, text, graphics, and photos) (collectively, "Content") that it believes in good faith to infringe the intellectual property rights of third parties following receipt of a compliant notice; and (2) remove and discontinue service to repeat infringers.

If you believe that Content residing on or accessible through the TeeChip Service constitutes copyright infringement, or that your intellectual property rights have been otherwise violated, please send a notice of infringement containing the following information to the Designated Agent listed below:

1. Identification of the copyrighted work or other intellectual property that you claim has been infringed on or through the TeeChip Service, including the registration number(s) for any such material if applicable;
2. Identification of the Content that you claim has infringed on the identified copyrighted work or other intellectual property, including (a) a description of how the material in question is using the copyrighted work or other intellectual property in a way that constitutes infringement, and (b) a description of where the material in question is located on or in the TeeChip Service, with sufficient detail that we may verify the existence of the material within the TeeChip Service;
3. Your contact information, including your full name, mailing address, telephone number, and email address;
4. A statement by you that you have a good faith belief that the disputed use of the copyrighted work or other intellectual property is not authorized by the copyright holder, its agents, or the law;
5. A statement by you, made under penalty of perjury, that the information provided in your notice is accurate and that you are the rights holder or are authorized to act on behalf of the rights holder; and
6. An electronic or physical signature of the person authorized to act on behalf of the rights holder.

## B. ONCE PROPER BONA FIDE INFRINGEMENT NOTIFICATION IS RECEIVED BY THE DESIGNATED AGENT:

It is TeeChip' policy:

1. to remove or disable access to the allegedly-infringing Content;
2. to notify the member whose Content has been removed or disabled; and
3. that repeat offenders will have the allegedly-infringing Content removed from the Service and that TeeChip will terminate such member's access to the Service.

## C. PROCEDURE TO SUPPLY A COUNTER-NOTICE TO THE DESIGNATED AGENT:

If the notified-member believes that the Content that was removed or to which access was disabled is either not infringing, or the member believes that he or she has the right to post and use such Content from the rights owner, the owner's agent, or pursuant to the law (including as a fair use), the notified-member must send a counter-notice containing the following information to the Designated Agent listed below:

1. Identification of the Content that has been removed or disabled, including a description of the where the material in question appeared on the TeeChip Service before it was removed or disabled;
2. A statement by you, made under penalty of perjury, that you have a good faith belief that the Content was removed or blocked as a result of a mistake or misidentification of the Content in question;
3. Your contact information, including full name, mailing address, telephone number, and email address;
4. A statement by you that you consent to the jurisdiction of the Federal Court for the judicial district in which your address is located or, if your address is outside of the USA, for the judicial district in which TeeChip is located, and that you will accept service of process from the person who provided notification of the alleged infringement;
5. Your electronic or physical signature.

If a counter-notice is received by the Designated Agent, TeeChip may send a copy of the counter-notice to the original complaining party informing that party that TeeChip may replace the removed Content or cease disabling it in 10 business days. Unless the rights owner files an action seeking a court order against the member, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at TeeChip' discretion.

Please note that under Section 512(f) of the DMCA, any person who knowingly misrepresents that Content or activity is infringing may be subject to liability for damages, including attorney's fees.

Please contact TeeChip' Designated Agent to Receive Notification of Claimed Infringement at the following address:

Shellea Daniel
41454 Christy Street
Fremont, CA 94538
Tel: 866-251-0432
Email: copyright@teechip.com


EXHIBIT B

 

| | Start a Campaign (/pick_products) | Track Order (/track_order) | FAQ (/faq) |
|---|---|---|---|
| | Blog (https://blog.teechip.com) | Quality Guarantee (/quality_guarantee) | Contact (/contact) |

Copyright © 2016 TeeChip. All Rights Reserved.
Terms of Service (/terms) | Privacy Policy (/privacy) | DMCA (/ip)

(https://www.facebook.com/TeeChipOfficial)

(https://www.twitter.com/teechipofficial)

(https://www.pinterest.com/teechipofficial)

(https://plus.google.com/u/0/b/102229642378...