**From:** Schneider, Tiffany
**Sent:** Wednesday, June 01, 2016 10:07 AM
**To:** Muessig, Geoff
**Subject:** Facebook & Tee Shirt Site Removal - Infringement of Copyright
**Importance:** High

Send to: copyright@teechip.com, support@teechip.com

This is our third request with three different cases with your company. The two cases we had against you in the past, were deleted on our website. However your teechip brand is creating Facebook pages to advertise our unauthorized brand. The last case is still on Facebook along with a new one we found yesterday 5/31/16. We have reported these pages to Facebook. Below is the new Tee Shirt design and Facebook we found yesteday. This breaks our Copyright, Brand and Social Media Policy. THIS NEEDS TO BE REMOVED ASAP. We are filing another DNC Takedown.

New Page: https://www.facebook.com/We-Love-Pitt-Ohio-Express-452228264977134/?fref=nf   (THIS IS a new URL)

Please send me conformation that this was done.





EXHIBIT C

Tiffany Schneider | E-Marketing & Web Coordinator
PITT OHIO
Phone: 412-232-3015 x6338


**From:** Schneider, Tiffany
**Sent:** Wednesday, May 11, 2016 2:19 PM
**To:** 'copyright@teechip.com'; 'support@teechip.com'
**Subject:** Facebook & Tee Shirt Site Removal - Infringement of Copyright
**Importance:** High

Hello,

We noticed this page has been created again. This breaks our Copyright, Brand and Social Media Policy. THIS NEEDS TO BE REMOVED ASAP! I spoke with Noah in Sales Department, He stated that I needed to send an email and file a DNC Takedown. He verified that this would be removed ASAP. He stated there was 2 new orders for this shirt but could not tell me who purchased them, he stated once I sent them email they would be cancelled.

New Page: https://www.facebook.com/Tshirt-4-Pitt-Ohio-Express-221644278215735/?fref=nf (THIS IS a new URL)

Please send me conformation that this was done.



Tiffany Schneider | E-Marketing & Web Coordinator
PITT OHIO

Phone: 412-232-3015 x6338


**From:** Schneider, Tiffany
**Sent:** Wednesday, March 02, 2016 2:38 PM
**To:** 'copyright@teechip.com'; 'support@teechip.com'
**Subject:** Facebook & Tee Shirt Site Removal - Infringement of Copyright
**Importance:** High

Hello,

Per my conversation with David, please remove the Facebook page and order page below. This breaks our Copyright, Brand and Social Media Policy. Per my conversation with David, I was told this would take 2 – 3 days to remove. I would ask that this be removed sooner. Please reply back with conformation that this was taken down.

Facebook: https://www.facebook.com/4-Pitt-Ohio-Express-183252885384669/?fref=ts  (4 Pitt Ohio Express – Name)
Tee Chip Website: https://teechip.com/pittohio002#id=4&c=161616&sid=gildan-50-50-hoodie&s=front



**Tiffany Schneider | E-Marketing & Web Coordinator**
PITT OHIO
15 27th Street | Pittsburgh, PA 15222
Phone: 412-232-3015 x6338



find us on facebook | follow us on twitter

This message is for the designated recipient(s) only and may contain privileged, proprietary or otherwise private information. If you have received this message in error, please notify the sender immediately and delete the original. Any other use of this email is prohibited. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.