

ATTORNEYS AT LAW

Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212

t: 412.995.3000
f: 412.995.3300

w: www.burnswhite.com

Mark Stadler
Attorney at Law

(412) 995-3057
(412) 995-3300 – fax
mstadler@burnswhite.com

CHERRY HILL, NJ

CLEVELAND, OH

HARRISBURG, PA

PHILADELPHIA, PA

PITTSBURGH, PA

PRINCETON, NJ

WHEELING, WV

WILKES-BARRE, PA

WILMINGTON, DE

June 10, 2016

<u>Via email to:</u>
support@teechip.com
copyright@teechip.com

TeeChip
41454 Christy Street
Fremont, CA 94538
Attn:  Shellea Daniel

Re:  PITT OHIO Copyright/Trademark Infringement

Dear Sir or Madam:

We are legal counsel to Pitt Ohio.  As detailed in the attached exchange between your company and Tiffany Schneider from Pitt Ohio, you have engaged in a course of conduct which gives rise to an infringement of Pitt Ohio's trademarks and copyrights.

We hereby demand that you cease and desist from any further action which infringes upon the Pitt Ohio trademarks and copyrights.  In addition, we demand that you provide us with the following within 10 days of your receipt of this letter:

-The names, addresses, and other identifying information of all individuals or entities who designed the infringing materials and/or who engaged you to produce them and sell them through the teechip.com site or otherwise.
- The names, addresses, and other identifying information of all individuals or entities who purchased the infringing materials through the teechip.com site or otherwise.
-The number of items produced by you which infringe upon the Pitt Ohio trademarks and copyrights, broken down by type, i.e. tee shirts, hoodies, etc.
-The number and location of all infringing materials which remain in your possession.



EXHIBIT

D

Burns White
A Limited Liability Company

-A full accounting of all sales made by you of the infringing materials.
-Payment to Pitt Ohio of all funds received by you from sales of the infringing materials.
-A list of all online sites and physical locations through which you have marketed and/or sold the infringing materials together with copies of all marketing and sales materials developed by you or others to market and sell those materials.
-Written confirmation that you have removed all pictures of, or links to, the infringing materials from your site.
-Written assurances that you have ceased producing, selling, storing, posting pictures of, or providing links to the infringing materials and that you will desist from engaging in any further conduct which infringes on Pitt Ohio's trademarks and copyrights.

Once we receive the requested items and information, we will advise you whether any further action on your part is necessary.  If you refuse to provide the requested items and information within the stated time frame, or if we cannot promptly and completely resolve this situation after you have provided the requested items and information, Pitt Ohio intends to seek the full measure of damages and other relief available to it under all applicable legal standards.

Thank you for anticipated timely response.

Sincerely

Mark Stadler

enclosure
c  Scott Sullivan, CFO/CIO Pitt Ohio  (w/enc.)

**From:** Schneider, Tiffany
**Sent:** Wednesday, June 01, 2016 10:07 AM
**To:** Muessig, Geoff
**Subject:** Facebook & Tee Shirt Site Removal - Infringement of Copyright
**Importance:** High

Send to: copyright@teechip.com, support@teechip.com

This is our third request with three different cases with your company. The two cases we had against you in the past, were deleted on our website. However your teechip brand is creating Facebook pages to advertise our unauthorized brand. The last case is still on Facebook along with a new one we found yesterday 5/31/16. We have reported these pages to Facebook.  Below is the new Tee Shirt design and Facebook we found yesteday. This breaks our Copyright, Brand and Social Media Policy. THIS NEEDS TO BE REMOVED ASAP. We are filing another DNC Takedown.

New Page: https://www.facebook.com/We-Love-Pitt-Ohio-Express-452228264977134/?fref=nf   (THIS IS a new URL)

Please send me conformation that this was done.



**Tiffany Schneider | E-Marketing & Web Coordinator**
PITT OHIO
Phone: 412-232-3015 x6338


**From:** Schneider, Tiffany
**Sent:** Wednesday, May 11, 2016 2:19 PM
**To:** 'copyright@teechip.com'; 'support@teechip.com'
**Subject:** Facebook & Tee Shirt Site Removal - Infringement of Copyright
**Importance:** High

Hello,

We noticed this page has been created again. This breaks our Copyright, Brand and Social Media Policy. THIS NEEDS TO BE REMOVED ASAP! I spoke with Noah in Sales Department, He stated that I needed to send an email and file a DNC Takedown. He verified that this would be removed ASAP. He stated there was 2 new orders for this shirt but could not tell me who purchased them, he stated once I sent them email they would be cancelled.

New Page: https://www.facebook.com/Tshirt-4-Pitt-Ohio-Express-221644278215735/?fref=nf (THIS IS a new URL)

Please send me conformation that this was done.



**Tiffany Schneider | E-Marketing & Web Coordinator**
PITT OHIO

Phone: 412-232-3015 x6338

**From:** Schneider, Tiffany
**Sent:** Wednesday, March 02, 2016 2:38 PM
**To:** 'copyright@teechip.com'; 'support@teechip.com'
**Subject:** Facebook & Tee Shirt Site Removal - Infringement of Copyright
**Importance:** High

Hello,

Per my conversation with David, please remove the Facebook page and order page below. This breaks our Copyright, Brand and Social Media Policy. Per my conversation with David, I was told this would take 2 – 3 days to remove. I would ask that this be removed sooner. Please reply back with conformation that this was taken down.

Facebook: https://www.facebook.com/4-Pitt-Ohio-Express-183252885384669/?fref=ts  (4 Pitt Ohio Express – Name)
Tee Chip Website: https://teechip.com/pittohio002#id=4&c=161616&sid=gildan-50-50-hoodie&s=front



**Tiffany Schneider | E-Marketing & Web Coordinator**
PITT OHIO
15 27th Street | Pittsburgh, PA 15222
Phone: 412-232-3015 x6338



find us on facebook | follow us on twitter

This message is for the designated recipient(s) only and may contain privileged, proprietary or otherwise private information. If you have received this message in error, please notify the sender immediately and delete the original. Any other use of this email is prohibited. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.