**From:** Schneider, Tiffany
**Sent:** Monday, August 29, 2016 8:31 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc:** Sullivan, Scott; Cybator, Candi
**Subject:** TeeChip - PITT OHIO
**Importance:** High

Good Morning,

We have another shirt design and Facebook page from TeeChip.  They are using the Facebook name "We Love Pitt Ohio Express" and link below to promote the latest t-shirt.

https://www.facebook.com/We-Love-Pitt-Ohio-Express-299025050470332/?fref=ts

"I work at PITT OHIO
I solve problems you don't know you have
In ways you can't understand"



**Tiffany Schneider | E-Marketing & Web Coordinator**
PITT OHIO
15 27th Street | Pittsburgh, PA 15222
Phone: 412-232-3015 x6338



find us on facebook | follow us on twitter



EXHIBIT
E

**From:** Schneider, Tiffany
**Sent:** Thursday, July 14, 2016 7:55 AM
**To:**
**Cc:** Cybator, Candi; Muessig, Geoff; Hammel, Chuck; Sullivan, Scott
**Subject:** RE: TeeChip

Good Morning,

A new shirt design, order form on Teechip's website and Facebook page came up again.

1. New design picture is below.
2. Link to Teechip's website: https://teechip.com/97pittohioexpress
3. New Facebook page: https://www.facebook.com/We-Love-Pitt-Ohio-Express-708133702668976/?fref=nf



Thank you,

**Tiffany Schneider | E-Marketing & Web Coordinator**
PITT OHIO
Phone: 412-232-3015 x6338