IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAMMEL COMPANIES, INC.; PITT OHIO EXPRESS, LLC; PITT OHIO EXPRESS, INC., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 2:16-cv-01408 ) |
| v. | ) ) JURY TRIAL DEMANDED |
| OOSHIRTS, INC., d/b/a/ TEECHIP; | ) ) |
| Defendant. | ) |

**ORDER**

This ____ day of _____ 2016, upon consideration of Plaintiffs' Motion for Preliminary Injunction directed to ooShirts, Inc. d/b/a/ TeeChip, it is hereby ORDERED that said Motion is GRANTED as follows:

1. Upon a finding that Plaintiffs have carried their burden of showing the a likelihood of success on the merits; possibility of irreparable injury; lack of harm to the Defendants; and advancement of the public interest, this Preliminary Injunction is granted pursuant to Federal Rule of Civil Procedure 54, 15 U.S.C. § 1116(a), and the inherent equitable powers of this Court.

2. The Court hereby RESTRAINS AND ENJOINS Defendant ooShirts, Inc. d/b/a/ TeeChip and its agents, representatives, servants, successors and assigns, and all others in active concert or participation with Defendant, from accepting designs, producing any clothing or other good, marketing to prospective or existing customers, selling, or giving away any product or material bearing Plaintiffs' trademarked or otherwise protected materials.

3. This Preliminary Injunction shall take effect immediately and shall remain in effect pending trial in this action or further order of this Court.

4. Plaintiffs are required to pay no security in conjunction with the entry of the within Order granting its Motion for Preliminary Injunction.

_____

U.S. District Judge