IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAMMEL COMPANIES, INC.; PITT OHIO EXPRESS, LLC; PITT OHIO EXPRESS, INC., ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 2:16-cv-01408 |
| v. ) ) ) | JURY TRIAL DEMANDED |
| OOSHIRTS, INC., d/b/a/ TEECHIP; ) ) | |
| Defendants. ) | |

**MOTION TO CONTINUE**

Plaintiffs Hammel Companies, Inc.; PITT OHIO EXPRESS, LLC; and PITT OHIO Express, Inc., by and through their attorneys, Burns White LLC, file the following Motion to Continue Telephone Status Conference and in support thereof state as follows:

1. An initial Telephone Status Conference has been scheduled in this matter on Friday, September 23, 2016 at 11:00 a.m.

2. Plaintiffs' counsel is unavailable due to previously-scheduled events in unrelated legal matters.

3. Plaintiffs' counsel has served a copy of the within Motion to intended Defendants' counsel, Benjamin Costa, Esq.

4. In light of the foregoing, Plaintiffs request that the initial Telephone Status Conference be rescheduled for the earliest date and time that suits this Court.

Respectfully submitted,

BURNS WHITE LLC

/s/ Katherine J. McLay
Mark Stadler, Esq. (PA ID 35169)
Manning J. O'Connor II, Esq. (PA ID 38983)
Katherine J. McLay, Esq. (PA ID 320191)

Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212
Tel: (412) 995-3194
Fax: (412) 995-3300

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAMMEL COMPANIES, INC.; PITT OHIO EXPRESS, LLC; PITT OHIO EXPRESS, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>OOSHIRTS, INC., d/b/a/ TEECHIP; )<br><br>Defendants. ) | Civil Action No. 2:16-cv-01408<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within MOTION TO CONTINUE has been served upon the following, in electronic form, this 16th day of September 2016:

Benjamin A. Costa, Esq.
Ridder, Costa & Johnstone LLP
12 Geary St., Ste. 701
San Francisco, CA 94108
(415) 391-3311
ben@rcjlawgroup.com

Respectfully submitted,

BURNS WHITE LLC

*/s/*  Katherine J. McLay
Mark Stadler, Esq. (PA ID 35169)
Manning J. O'Connor II (PA ID 38983)
Katherine J. McLay (PA ID 320191)

Four Northshore Center
106 Isabella St.
Pittsburgh, PA 15212
Tel: (412) 995-3194
Fax: (412) 995-3300